# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CORONADO, | 1:11-cv-01960-BAM (HC) |
| Petitioner, | ORDER REGARDING PETITIONER'S NOTICE OF CHANGE OF ADDRESS |
| v. | [Doc. 29] |
| A. BITER, | |
| Respondent. | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 29, 2012, Respondent filed an answer to the petition for writ of habeas corpus. Petitioner's traverse was due on or before July 29, 2012.

On July 30, 2012, Petitioner filed a notice of change of address, indicating that on July 12, 2012, he was transferred from Corcoran State Prison to Sacramento State Prison and he is currently without his personal property.

In the interest of justice, the Court will extend the time for Petitioner to file a traverse twenty (20) days from the date of service of this order. Any further extensions of time must be requested and supported by extraordinary circumstances.

IT IS SO ORDERED.

Dated: **August 9, 2012**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1